McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
MAY 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO BUCIO, ) <br> ) <br> Defendant. ) <br> ) | MAG. NO. 07-0143 GGH <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On May 14, 2007, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: May 16, 2007                     Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

                              ORDER

SO ORDERED:

DATED: May 16, 2007                     GREGORY G. HOLLOWS
                                        HON. GREGORY G. HOLLOWS
                                        U.S. Magistrate Judge

1.