DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO BUCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>FRANCISCO BUCIO, and               )<br>PEDRO RODRIGUEZ-MERCADO            )<br>                                   )<br>            Defendants.            )<br>                                   ) | No. 2:07-cr-00215-MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  July 19, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Bucio, and C. Emmett Mahle, counsel for Defendant Rodriguez-Mercado that the above case be dropped from this court's July 19, 2007, calendar, that it be continued until August 16, 2007, at 9:00 a.m., and that time be excluded between July 19, 2007 and August 16, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

1    This continuance is sought in order to conduct further review of
2 discovery, consultation with clients, and other steps in preparation of
3 a defense and/or resolution of the case.
4    **IT IS SO STIPULATED.**

6 Dated:  July 18, 2007            /S/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
7                                  Assistant United States Attorney
                                   Counsel for Plaintiff

9 Dated:  July 18, 2007            /S/ Jeffrey L. Staniels
10                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
11                                 Counsel for Defendant
                                   FRANCISCO BUCIO
12
  Dated:  July 18, 2007            /S/ C. Emmett Mahle
13                                 C. EMMETT MAHLE
                                   Counsel for Defendant

15                       **O R D E R**

17    **IT IS SO ORDERED.**

19 Dated: July 20, 2007

                                   _____
21                                 MORRISON C. ENGLAND, JR.
22                                 UNITED STATES DISTRICT JUDGE