```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Defendant
    FRANCISCO BUCIO
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00215-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE AND EXCLUDING TIME AS TO |
| FRANCISCO BUCIO, | ) FRANCISCO BUCIO |
| Defendant. | ) Date: August 16, 2007 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Bucio, that the above case be dropped from this court's August 16, 2007, calendar, that it be continued until September 6, 2007, at 9:00 a.m., and that time be excluded between August 16, 2007 and September 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to conduct further review of
2 discovery, consultation with clients, and other steps in preparation of
3 a defense and/or resolution of the case.
4  **IT IS SO STIPULATED.**

6 Dated: August 15, 2007          /S/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
7                                 Assistant United States Attorney
                                  Counsel for Plaintiff

9 Dated: August 15, 2007          /S/ Jeffrey L. Staniels
10                                Jeffrey L. Staniels
                                  Assistant Federal Defender
11                                Counsel for Defendant
                                  FRANCISCO BUCIO

**O R D E R**

15  **IT IS SO ORDERED.**

 Dated: August 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time          2