```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FRANCISCO BUCIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00215-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) CASE AND EXCLUDING TIME AS TO |
| v. | ) FRANCISCO BUCIO |
| FRANCISCO BUCIO | ) Date: August 16, 2007 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Bucio, that the above case be dropped from this court's August 16, 2007, calendar, that it be continued until September 13, 2007, at 9:00 a.m., and that time be excluded between August 16, 2007 and September 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///
///
///
///

1    This continuance is sought in order to conduct further review of
2 discovery, consultation with clients, and other steps in preparation of
3 a defense and/or resolution of the case.
4    **IT IS SO STIPULATED.**

6 Dated: August 16, 2007         /S/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
7                                Assistant United States Attorney
                                 Counsel for Plaintiff

9 Dated: August 16, 2007         /S/ Jeffrey L. Staniels
10                               Jeffrey L. Staniels
                                 Assistant Federal Defender
11                               Counsel for Defendant
                                 FRANCISCO BUCIO

13                       **O R D E R**

15    **IT IS SO ORDERED.**

17 Dated: August 21, 2007

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2