```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FRANCISCO BUCIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>            Plaintiff,   )<br>   )<br>     v.   )<br>   )<br>FRANCISCO BUCIO   )<br>   )<br>            Defendant.   )<br>_____ ) | No. 2:07-cr-00215 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME AS TO FRANCISCO BUCIO<br><br>Date: September, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Bucio, that the above case be dropped from this court's September 6, 2007, calendar, that it be continued until September 13, 2007, at 9:00 a.m., and that time be excluded between September 6, 2007 and September 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to rejoin this case with that
2  of co-defendant Rodriguez-Mercado whose case was previously continued
3  to September 13,2007, and to permit further defense preparation.
4  **IT IS SO STIPULATED.**

6  Dated:  August 28, 2007         /S/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
7                                  Assistant United States Attorney
                                   Counsel for Plaintiff

9
10 Dated:  August 28, 2007         /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
11                                 Counsel for Defendant
                                   FRANCISCO BUCIO

**O R D E R**

15 **IT IS SO ORDERED.**

17 Dated: August 29, 2007

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time     2