```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   FRANCISCO BUCIO
8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00215-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| FRANCISCO BUCIO, ) | |
| PEDRO RODRIGUEZ-MERCADO, ) | Date: September 13, 2007 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Francisco Bucio, and C. Emmett Mahle, counsel for Pedro Rodriguez-Mercado, that the above case be dropped from this court's September 13, 2007, calendar, that it be continued until October 18, 2007, at 9:00 a.m., and that time be excluded between September 13, 2007 and October 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to permit adequate time for
2  discussions of possible resolution and consultation with clients about
3  proposed terms of such a resolution.

4  **IT IS SO STIPULATED.**

6  Dated: September 12, 2007    /S/ Heiko P. Coppola
                                HEIKO P. COPPOLA
7                               Assistant United States Attorney
                                Counsel for Plaintiff

9  Dated: September 12, 2007    /S/ Jeffrey L. Staniels
10                              Jeffrey L. Staniels
                                Assistant Federal Defender
11                              Counsel for Defendant
                                FRANCISCO BUCIO

13 Dated: September 12, 2007    /S/ C. Emmett Mahle
14                              C. Emmett Mahle
                                Counsel for Defendant
15                              PEDRO RODRIGUEZ-MERCADO

17                              **O R D E R**

19    **IT IS SO ORDERED.**

20  Dated: September 12, 2007

                                _____
23                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2