```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO. 2:07-CR-00215 MCE
                                )
11              Plaintiff,      )
                                )
12       v.                     )   STIPULATION AND ORDER TO
                                )   EXCLUDE TIME
13  FRANCISCO BUCIO, and        )
    PEDRO RODRIGUEZ-MERCADO     )
14                              )
                                )
15              Defendant.      )
    _____)
16
```

17      The parties request that the status conference in this case
18 be continued from March 27, 2008 to Mary 1, 2008 at 9:00 a.m..
19 They stipulate that the time between March 27, 2008 and May 1,
20 2008 should be excluded from the calculation of time under the
21 Speedy Trial Act.  The parties stipulate that the ends of justice
22 are served by the Court excluding such time, so that counsel for
23 the defendant may have reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.
25 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.
26 ///
27 ///
28 ///

1

Specifically, this continuance is sought in order that counsel for both defendants may conduct further review of discovery, consultation with the defendants, and other steps in preparation of a defense and/or resolution of this matter.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: March 28, 2008        By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

DATE: March 28, 2008                /s/ Lexi Negin
                                        LEXI NEGIN
                                        Attorney for Defendant
                                        Francisco Bucio

DATE: March 26, 2008                /s/ C. Emmett Mahle
                                        C. EMMETT MAHLE
                                        Attorney for Defendant Pedro
                                        Rodriguez-Mercado

**IT IS SO ORDERED.**

Dated: March 28, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE