```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, Bar #250376
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    FRANCISCO BUCIO
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,    )  No. 2:07-cr-00215 MCE
                                 )
14            Plaintiff,         )
                                 )  STIPULATION AND ORDER CONTINUING
15       v.                      )  CASE AND EXCLUDING TIME
                                 )
16  FRANCISCO BUCIO,             )
    PEDRO RODRIGUEZ-MERCADO,     )  Date:  May 1, 2008
17                               )  Time:  9:00 a.m.
              Defendants.        )  Judge: Hon. Morrison C. England, Jr.
18                               )
    _____
19
```

20    **IT IS HEREBY STIPULATED** by and among Assistant United States

21 Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal

22 Defender Lexi Negin, counsel for Defendant Francisco Bucio, and C.

23 Emmett Mahle, counsel for Pedro Rodriguez-Mercado, that the above case

24 be dropped from this court's May 1, 2008, calendar, that it be

25 continued until June 5, 2008, at 9:00 a.m., and that time be excluded

26 between May 1, 2008 and June 5, 2008, pursuant to 18 U.S.C. §

27 3161(h)(8)(A) & (B)(iv). Local Code T-4.

28 ///

1  This continuance is sought in order to permit adequate time for
2 discussions of possible resolution and consultation with clients about
3 proposed terms of such a resolution and Mr. Mahle is in trial at that
4 time.

**IT IS SO STIPULATED.**

Dated: April 29, 2008          /s/ Heiko P. Coppola
                               HEIKO P. COPPOLA
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: April 29, 2008          /s/ Lexi Negin
                               LEXI NEGIN
                               Assistant Federal Defender
                               Counsel for Defendant
                               FRANCISCO BUCIO

Dated: April 29, 2008          /s/ C. Emmett Mahle
                               C. Emmett Mahle
                               Counsel for Defendant
                               PEDRO RODRIGUEZ-MERCADO

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2