DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO BUCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00215 MCE |
| ) Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| FRANCISCO BUCIO, ) | Date:  June 5, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

The above case is presently set for status conference on June 5, 2008. At the request of the Court, this matter is scheduled for further status conference on June 12, 2008 at 9:00 a.m. Undersigned counsel agrees that an exclusion of time is appropriate for defense preparation and investigation. It is ordered that time be excluded under the Speedy Trial Act through June 12, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

///

///

///

1 | DATED: June 5, 2008
2 | Respectfully submitted,
3 |
4 | McGREGOR W. SCOTT                             DANIEL BRODERICK
  | United States Attorney                        Federal Defender
5 |
6 |
7 | /s/Lexi Negin for Heiko Coppola              /s/ Lexi Negin
  | HEIKO COPPOLA                                 LEXI NEGIN
  | Assistant U.S. Attorney                       Assistant Federal Defender
8 | Attorney for United States                    Attorney for Defense

IT IS SO ORDERED.

Dated: June 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1