DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO BUCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0215 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| FRANCISCO BUCIO, PEDRO RODRIGUEZ-MERCADO, | Date: May 1, 2008 Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Lexi Negin, counsel for Defendant Francisco Bucio, and C. Emmett Mahle, counsel for Pedro Rodriguez-Mercado, that the above case be dropped from this court's July 24, 2008, calendar, that it be continued until August 21, 2008, at 9:00 a.m., and that time be excluded between July 24, 2008 and August 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit adequate time for discussions of possible resolution and consultation with clients about proposed terms of such a resolution.

**IT IS SO STIPULATED.**

Dated: July 23, 2008        /s/ Heiko P. Coppola
                                               HEIKO P. COPPOLA
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

Dated: July 23, 2008        /s/ Lexi Negin
                                               LEXI NEGIN
                                               Assistant Federal Defender
                                               Counsel for Defendant
                                               FRANCISCO BUCIO

Dated: July 23, 2008        /s/ C. Emmett Mahle
                                               C. Emmett Mahle
                                               Counsel for Defendant
                                               PEDRO RODRIGUEZ-MERCADO

## O R D E R

**IT IS SO ORDERED.**

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE