AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00215-MCE   Document 68   Filed 11/18/14   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| United States of America | ) | |
| v. | ) | Case No: 2:07CR00215-001 |
| FRANCISCO BUCIO | ) | |
| | ) | USM No: 17053-097 |
| Date of Original Judgment: 11/20/2008 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108  months **is reduced to**  87  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/20/2008  shall remain in effect.
**IT IS SO ORDERED**.

Effective Date:  11/18/2014
*(if different from order date)*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE
*Printed name and title*